# ATTACHMENT 1

# COMPLAINT FORM
(for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE Western DISTRICT OF Wisconsin

(Full name of plaintiff(s))

Andrew James Hibbard

vs

(Full name of defendant(s))

City of New Richmond, WI

James Zajkowski

Craig Yehlik

Case Number:

25-cv-682-jdp

(to be supplied by clerk of court)

FILED/REC'D 2025 AUG 15 A 10:50
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

A.  PARTIES

1.  Plaintiff is a citizen of  Wisconsin  and resides at
                                   (State)

711 Hagen Ave, Unit 5, New Richmond, WI 54017
(Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant **James Zajkowski**

(Name)

is (if a person or private corporation) a citizen of **Wisconsin**

(State, if known)

and (if a person) resides at **1386 Valley Creek Drive, New Richmond, WI 54017**

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for **City of New Richmond**

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1. Chief of Police - Craig Yehlik & New Richmond, WI Mayor - James Zajkowski

2. Worked together to violate constitutional rights of false arrest, false imprisonment,

and intentionally violated my right to recall the mayor.

3. January 4, 2025 ; February 19, 2025 ; March 20, 2025

4. New Richmond, WI

5. To not have to investigate an off-duty police officer drinking and driving.

To prevent recall of New Richmond mayor.

The night of January 4, 2025/the morning of January 5, 2025 at approximately 1:00am,

I, Andrew Hibbard, witnessed an off-duty police officer drink and drive. I reported it to

the St. Croix County Sheriff's Department. No investigation was done because they are

friends with Office Jake Sather, the off-duty police officer I saw drink and then drive.

I received a call back that same morning from the New Richmond Police Department

telling me that I have to call back Monday, January 6, 2025. I had followed up that

Monday and nothing had been done to investigate the off-duty police officer drinking

and driving. In the mean time, I had spoken to a St. Croix County Sheriff's Deputy who

told me that I was the suspicious person for the report of the DUI. I had then

proceeded to recall the New Richmond Mayor, I had my 250 signatures required for

recall. The new Richmond Mayor and the New Richmond Chief of Police worked

together to violate my rights by stopping my recall by violating

my constitutional rights. (947.01(1)) (946.49(1)(A))

I went to court and the judge agreed I had not committed any crimes and I was

within all my rights. Cases were dismissed.

C.     JURISDICTION

[✓]    I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ]    I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.     RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

- Lawyer Fees $11,000 - Criminal Lawyer Fees

- Lawyer Fees $10,000 - (Family Lawyer) My child's mother

will no longer let me see my child for false accusations,

there was a court order that is no longer in place because of this.

- Pain and Suffering $5,000,000 - PTSD, depression, loss of wages

- I want to make sure this doesn't happen to anyone else again

-Got kicked out of my pre-law in college for these false accusations

E.  **JURY DEMAND**

☑  Jury Demand – I want a jury to hear my case
OR
☑  Court Trial – I want a judge to hear my case

Dated this __31__ day of __July__ 20__25__.

Respectfully Submitted,

_____
Signature of Plaintiff

**715-410-8242**
Plaintiff's Telephone Number

**hibbard212@gmail.com**
Plaintiff's Email Address

**711 Hagen Ave, Unit 5, New Richmond, WI 54017**

_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Attachment One (Complaint) – 5